AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>Roberto FLORES Bonilla<br>YOB 1961<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-MJ-116 |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 06, 2026__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code 1326 (a) & (b) | an alien, who has been excluded, deported or removed from the United States, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico unlawfully. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jorge Casanova Deportation Officer
*Printed name and title*

Sworn to before me telephonically

Date: 01/12/2026

_____
*Judge's signature*

City and state: Albuquerque, New Mexico

Laura Fashing United States Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW MEXICO

On January 06, 2025, U.S. Immigration and Customs Enforcement (ICE) Albuquerque sub-office encountered Roberto FLORES Bonilla at the Bernalillo County Metropolitan Detention Center while running jail records checks. FLORES Bonilla was arrested by the Albuquerque Police Department for a bench warrant related to the offenses of operating a chop shop, conspiracy to commit a felony, criminal damage to property and multiple counts of receiving and transferring stolen motor vehicles. On January 09, 2025, the County jail released FLORES Bonilla to the streets.
DHS ICE databases found a record match for FLORES Bonilla with a file number XXX XXX 481 who identifies him as a national and citizen of Mexico with prior felonies convictions and with multiple removals to Mexico.

A review of history of file XXX XXX 481 indicated that FLORES Bonilla was ordered removed from the United States to Mexico on or about April 20, 2005, by an Immigration Judge in El Paso, Texas and removed to Mexico on the same date. FLORES Bonilla has also been deported or removed to Mexico on April 25, 2013.

A criminal history check revealed the following convictions in New Mexico:
- On March 07, 2002, FLORES Bonilla was convicted in the Thirteenth Judicial District Court, County of Valencia, New Mexico of possession of a controlled substance, a 4th degree felony, for which he was sentenced to 18 months supervised probation. Case No. D-1314-CR-1999-00264.
- On November 15, 2012, FLORES Bonilla was convicted in the United States District Court, District of New Mexico, of title 21 U.S.C. 846, conspiracy to violate 21 U.S.C.Sec.841(b)(1)(B) , 21 U.S.C.Sec.841(b)(1)(B) possession with intent to Distribute 500 Grams and more of cocaine and 8 U.S.C. Sec.1326, illegal re-entry of a removed alien. He was sentenced to 30 months in the United States Bureau of Prisons. Case1:CR00541-004JP.
- On September 06, 2023, FLORES Bonilla was arrested in Albuquerque, New Mexico for Battery against household member, Possession of a Controlled Substance and False Imprisonment. This case was dropped (nolle prosequi.) Case No. T-4-FR-2023-005221.
- On December 18, 2025, FLORES Bonilla was arrested in Albuquerque, New Mexico for conspiracy to commit a felony, criminal damage to property and receiving and transferring stolen motor vehicles. Case dropped (nolle prosequi) pending grand jury indictment. Case T-4-FR-202510566.
- On December 19, 2025, FLORES Bonilla was charged in Albuquerque, New Mexico for operating a chop shop and multiple counts of receiving and transferring stolen motor vehicles. Case dropped (nolle prosequi) pending grand jury indictment. Case T-4-FR-2025-010879.

On January 24, 2025, the New Mexico motor vehicle division issued FLORES Bonilla a New Mexico driver's license. The photograph taken appears to match prior booking photographs archived with DHS-ICE-ERO.

A review of FLORES Bonilla 's immigration history does not indicate that he has applied for or received the consent of the appropriate authority of the United States to reapply for admission into the United States after his last removal.

Based on the facts mentioned above I have reasons to believe that FLORES Bonilla has re-entered the country illegally after his last removal from the United States.

This affidavit was reviewed and approved by Assistant United States Attorney Samuel A. Hurtado.

Subscribed and sworn by telephone or other reliable electronic mean

_Laura Fashing_
United States Magistrate Judge

_Jorge Casanova_
Deportation Officer